```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :        22cr339(DLC)
           -v-                           :
                                         :           ORDER
CHET STOJANOVICH,                        :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 24, 2022, defense counsel requested that the defendant be allowed to appear remotely for the July 1 arraignment and initial conference in this case as opposed to in person.  Accordingly, it is hereby

ORDERED that the defendant shall appear as scheduled via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, please follow this link: **https://teams.microsoft.com/l/meetup-join/19%3ameeting_MTk5ZDY5YWItNTMxNi00MzgzLTliNzItZTc2ZTJkYTZlY2E2%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d**  Counsel for the Government and defense counsel shall still appear in Courtroom 18B at that time.

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  **Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link. Defense counsel shall assist the defendant in testing the videoconference capability so that the defendant can participate by videoconference**.  Defense counsel shall report any difficulties accessing the link to chambers **no later than 24 hours** in advance of the conference so that chambers may assist the parties.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  If the participant is using an internet browser, it is recommended to use either **Microsoft Edge** or **Google Chrome** as Teams is not fully compatible with other browsers. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

SO ORDERED:

Dated:    New York, New York
         June 27, 2022

_____<br>
DENISE COTE<br>
United States District Judge