```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :     22cr339 (DLC)
                                         :
CHET STOJANOVICH,                        :     ORDER
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant in this matter is scheduled to enter a change of plea on November 29, 2022 at 1:00 PM in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           November 21, 2022

                                                   DENISE COTE
                                       United States District Judge