# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

February 13, 2023

**BY ECF**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Denied. The draft PSR was filed early, on January 20. The defendant may file his February 24; the Government on February 28.*

*Denise Cote*
*2/14/23*

Re: **United States v. Chet Stojanovich,
22 Cr. 339 (DLC)**

Dear Judge Cote:

I write with the consent of the government to request that the Court adjourn Mr. Stojanovich's sentencing, which is currently scheduled for March 2, 2023. I make this request because the final presentence investigation report is not yet available and because I need additional time to gather the materials necessary to represent Mr. Stojanovich effectively at sentencing.

Specifically, I respectfully request an adjournment of three-to-four weeks. If possible, I request that sentencing be reschedule to a convenient time on March 20, 22, 23, 24, 27, 28, or 30, when I understand both parties are available, with the defense submission to be filed two weeks in advance of sentencing and the government's submission to be filed one week in advance of sentencing, in accordance with this Court's individual rules.

As noted, the government consents to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc: AUSA David Lewis