```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :      22cr339 (DLC)
                                        :
CHET STOJANOVICH,                       :         ORDER
                                        :
                   Defendant.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Sentencing is scheduled for March 2, 2023.  It is hereby

ORDERED that the parties shall confer in advance of sentencing as to whether a condition of supervised release should be imposed that forbids the defendant from soliciting funds from others or assisting others to do so, and shall prepare such a proposed condition.

SO ORDERED:

Dated:   New York, New York
         March 1, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge