# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 28, 2024

**BY ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Chet Stojanovich,
22 Cr. 339 (DLC)**

Dear Judge Cote:

I write to request that the Court authorize and direct Pretrial Services to return Mr. Stojanovich's passport documents, which he surrendered as part of his bail conditions. Specifically, I request that the Court order Pretrial to release these documents to the Federal Defenders as Mr. Stojanovich's counsel. Mr. Stojanovich is no longer on bail and is presently completing his sentence at a halfway house in California. If the Court grants this motion, we will ensure that these important identity documents are returned to him.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

Granted.
[signature]
6/17/24