```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            -v-                      :        22cr339 (DLC)
                                     :
CHET STOJANOVICH,                    :            ORDER
                                     :
                       Defendant.    :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Having received the non-parties Modani, Inc. and David Fahrney's request for access to records in this case, docketed on June 3, 2024, it is hereby

ORDERED that the Government and defendant shall respond to this request by June 28, 2024.

Dated:   New York, New York
         June 13, 2024

                                                                        _____
                                                                         DENISE COTE
                                                  United States District Judge